FormCACB 108 (disord521a)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## ORDER AND NOTICE OF DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)(1) FOR FAILURE TO FILE INFORMATION REQUIRED UNDER § 521(a)(1)

**DEBTOR INFORMATION:**
Ariel Gutierrez

**BANKRUPTCY NO.** 9:09–bk–15074–RR

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6251
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/19/10

**JOINT DEBTOR INFORMATION:**
Maricela Gutierrez

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3848
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 1/19/10

**Address:**
1278 Lustre Dr.
Oxnard, CA 93030

The debtor has **FAILED** to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition; and

The debtor has not made a request pursuant to 11 U.S.C. § 521(i)(3) within 45 days after the date of the filing of the petition that resulted in the Court allowing the debtor an additional period, not to exceed 45 days, to file such information upon a finding of justification.

IT IS ORDERED THAT:

1) Pursuant to 11 U.S.C. § 521(i)(1), the case is dismissed, the automatic stay is vacated, and all pending motions and adversary proceedings are moot and dismissed, effective the 46th day after the date of the filing of the petition.

2) Any discharge entered in this case is hereby vacated in its entirety.

Dated: January 19, 2010

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court